DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

TERRELL POWELL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0321

_____

November 12, 2025

Appeal from the Circuit Court for Pinellas County; Christopher M. LaBruzzo, Judge.

Blair Allen, Public Defender, and Maria Clarke, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.


PER CURIAM.

Affirmed.


VILLANTI, KHOUZAM, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.